# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

June 14, 2021

Mr. David O'Toole  
U.S. District Court, Eastern District of Texas  
211 W. Ferguson Street  
Room 106  
Tyler, TX 75702

    No. 21-40175   McDavid v. Thompson  
                        USDC No. 6:20-CV-579

Dear Mr. O'Toole,

Enclosed is a copy of the judgment issued as the mandate.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____  
                                Rebecca L. Leto, Deputy Clerk  
                                504-310-7703

cc w/encl:  
    Mr. Wesley Lunkley  
    Mr. Roy Lynn McDavid

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 14, 2021
Lyle W. Cayce
Clerk

No. 21-40175

ROY LYNN MCDAVID,

*Plaintiff—Appellant,*

versus

KIMBERLY D. THOMPSON; CHARLES O. MEADOR, II; PENNIE R. KEMPT; LISA GARRETT; BOBBY JO BARNET,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:20-CV-579

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of June 14, 2021, pursuant to appellant's request.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _____
Rebecca L. Leto, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT